# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART.COM USA LLC, and SAM'S WEST, INC. d/b/a SAM'S CLUB,<br><br>    Defendants. | Case No. 2:17-cv-00235-JRG |

### DECLARATION OF MARY MARGARET COGBURN IN SUPPORT OF THE COLEMAN COMPANY, INC.'S MOTION TO INTERVENE

Pursuant to 28 U.S.C. § 1746, I, Mary Margaret Cogburn, hereby declare as follows:

1. I am more than eighteen (18) years of age and I am competent to make this declaration. I have personal knowledge of the facts stated herein, and would testify to such facts under oath if asked to do so.

2. I am a paralegal employed by the law firm of Meunier Carlin & Curfman LLC ("MCC"). Attorneys John W. Harbin and Mary Katherine Bates of MCC have appeared in the above-captioned matter on behalf of The Coleman Company, Inc. ("Coleman") and submitted applications for admittance pro hac vice. I submit this declaration in support of The Coleman Company, Inc.'s Motion to Intervene ("Motion to Intervene").

3. Exhibit B referenced in and attached to the Motion to Intervene is an excerpt from a true and accurate copy of Wal-Mart Stores, Inc.'s 2016 Form 10-K, which I downloaded from

http://stock.walmart.com/investors/financial-information/sec-filings/default.aspx on August 3, 2017.  Pages 8-10 of the 10-K (Exhibit B) show that Wal-Mart operates thousands of retail stores throughout the United States, and sells millions of different products in its stores and online.

    I affirm under penalty of perjury that the foregoing is true and correct.

Executed on:  August 3, 2017            /s/ Mary Margaret Cogburn
                                                      Mary Margaret Cogburn