# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART INC., WAL-MART STORES TEXAS, LLC, WAL-MART.COM USA LLC, and SAM'S WEST, INC. d/b/a SAM'S CLUB,<br><br>        Defendants. | Case No. 2:17-cv-00235-JRG |

## NOTICE TO THE COURT REGARDING CLARIFICATION OF THE RECORD

Defendants Wal-Mart Inc., Wal-Mart Stores Texas, LLC, Wal-Mart.com USA LLC, and Sam's West, Inc. d/b/a Sam's Club, and intervenor defendants Intex Recreation Corp. and Intex Trading Ltd., Bestway (USA), Inc., and The Coleman Company, file this Notice of their letter to the Court to clarify the record following the June 27, 2018 hearing. A copy of the letter is attached as Exhibit 1.

Dated: June 28, 2018

Respectfully submitted,

By: */s/ Andrew M. McCoy*
R. Trevor Carter (admitted to E.D. Tex)
IN Bar No. 18562-49
Andrew M. McCoy (admitted to E.D. Tex.)
IN Bar No. 28297-49
Reid E. Dodge (admitted to E.D. Tex.)
IN Bar No. 32567-49
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Trevor.Carter@FaegreBD.com
Andrew.McCoy@FaegreBD.com
Reid.Dodge@FaegreBD.com

        Patrick Bottini (*pro hac vice*)
        **FAEGRE BAKER DANIELS LLP**
        2200 Wells Fargo Center
        90 S. Seventh Street
        Minneapolis, MN 55402-3901
        Telephone: (612) 766-7000
        Facsimile: (612) 766-1600
        Patrick.Bottini@FaegreBD.com

        Charles Everingham IV
        Texas Bar No. 00787447
        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        911 West Loop 281, Suite 412
        Longview, TX 75604
        Telephone: (903) 297-7404
        Facsimile: (903) 297-7402
        E-mail: ceveringham@akingump.com

*Attorneys for Intex Recreation Corp.*
*and Intex Trading Ltd.*

By: /s/ *Eric E. Lancaster* (with permission)
    Michael C. Smith
    **Siebman, Burg, Phillips & Smith, LLP**
    113 E. Austin St.,
    Marshall, TX 75671
    Telephone: (903) 938-8900
    Facsimile: (903) 767-4620
    michaelsmith@siebman.com

    Bijal V. Vakil
    Eric E. Lancaster
    Allen Wang
    **White & Case LLP**
    3000 El Camino Real
    Two Palo Alto Square, Suite 900
    Palo Alto, CA 94306
    bvakil@whitecase.com
    eric.lancaster@whitecase.com
    allen.wang@whitecase.com

    *Counsel for Defendants Wal-Mart Stores, Inc.,*
    *Wal-Mart Stores Texas, LLC, Walmart.com*
    *USA LLC, and Sam's West, Inc. d/b/a Sam's*
    *Club*

By: /s/ *John W. Harbin* (with permission)
    John W. Harbin
    Mary Katherine Bates
    **MEUNIER CARLIN & CURFMAN LLC**
    999 Peachtree Street NE, Suite 1300
    Atlanta, Georgia 30309
    Tel: (404) 645-7700
    Fax: (404 645-7707
    jharbin@mcciplaw.com
    kbates@mcciplaw.com

*Counsel for Intervenor Defendant*
*The Coleman Company, Inc.*

By: /s/ *Brian Jones* (with permission)
    Melissa Smith
    State Bar No. 24001351
    **GILLAM & SMITH**
    303 S. Washington Ave.
    Marshall, Texas
    Phone: (903) 934-8450
    Melissa@gillamsmithlaw.com

    Krista Vink Venegas
    Michael P. Chu
    Brian A. Jones
    **MCDERMOTT WILL & EMERY LLP**
    444 West Lake Street, Suite 4000
    Chicago, IL 60606
    kvinkvenegas@mwe.com
    mchu@mwe.com
    bajones@mwe.com

    Jay H. Reiziss
    Alexander P. Ott
    **MCDERMOTT WILL & EMERY LLP**
    500 North Capitol Street, NW
    Washington, DC 20001
    jreiziss@mwe.com
    aott@mwe.com

*Counsel for Intervenor Defendant*
*Bestway (USA), Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2018, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel of record, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

 /s/ Andrew M. McCoy 

US.118699559.01