IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION | § | |
| | § | |
| v. | § | Case No. 2:17-CV-0235-JRG |
| | § | |
| WAL-MART STORES, INC., ET AL. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Team Worldwide Corporation and Defendants/Intervenors Wal-Mart Stores Texas, LLC, Walmart.com USA LLC, and Sam's West, Inc. d/b/a Sam's Club, Intex Recreation Corp., Intex Trading Ltd., The Coleman Company, Inc., and Bestway (USA), Inc. (collectively, "the Parties") have settled their respective claims for relief asserted in this litigation[1]. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendants/Intervenors, or any of them, by Plaintiff herein are dismissed, with prejudice; and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same. The Parties also respectfully request that this Court retain jurisdiction to enforce the agreement executed by the Parties settling this action.

Dated: November 19, 2018                                  Respectfully submitted,

---

[1] The Settlement Agreement was signed by: Ken Wang, General Manager of Team Worldwide Corporation, on November 18, 2018; Eric Findlay, Counsel of Record with authority to sign on behalf of WalMart, Inc., Wal-Mart Stores Texas, LLC, Walmart.com USA LLC and Sam's West, Inc. d/b/a Sam's Club, on November 19, 2018; Trevor Carter, Counsel of Record with authority to sign on behalf of Intex Recreation Corp., Intex Development Company Ltd., and Intex Trading Ltd., on November 19, 2018; Patrizio Fumagalli, CSO of Bestway (USA) Inc., on November 19, 2018; and Mark P. Clements, Vice President, Litigation for The Coleman Company, Inc., on November 19, 2018.

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Robert Ruyak
Corrine Saylor Davis
Ronald Wielkopolski
**RuyakCherian LLP**
1700 K St. NW, Suite 810
Washington, DC 20006
Telephone: (202) 838-1560
robertr@ruyakcherian.com
corrinesd@ruyakcherian.com
ronw@ruyakcherian.com

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Ste. 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com
*Counsel for Plaintiff*
*Team Worldwide Corporation*

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
**Findlay Craft, P.C.**
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

Allen W. Wang
Bijal V. Vakil
Eric E. Lancaster
Donna T. Long
**White & Case, LLP**
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
650.213.0314
Fax: 650.213.8158
Email: allen.wang@whitecase.com
Email: bvakil@whitecase.com
Email: elancaster@whitecase.com
Email: donna.long@whitecase.com

*Counsel for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, Walmart.com USA LLC, and Sam's West, Inc. d/b/a Sam's Club*

By: /s/ Trevor Carter
Charles Everingham IV
**AKIN GUMP STRAUSS HAUER &FELD LLP**
911 West Loop 281, Ste. 412
Longview, TX 75604
Telephone: (903) 297-7404
Facsimile: (903) 297-7402
ceveringham@akingump.com

R. Trevor Carter (admitted to E.D. Tex.)
Andrew M. McCoy (admitted to E.D. Tex.)
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300

Facsimile: (317) 237-1000
Trevor.Carter@FaegreBD.com
Andrew.McCoy@FaegreBD.com

*Counsel for Intervenor Defendants, Intex Recreation Corp. and Intex Trading Ltd.*

By: John W. Harbin
John W. Harbin
Mary Katherine Bates
**MEUNIER CARLIN & CURFMAN LLC**
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Tel: (404) 645-7700
Fax: (404) 645-7707
jharbin@mcciplaw.com
kbates@mcciplaw.com

*Counsel for Intervenor Defendant The Coleman Company, Inc.*

By: /s/ Krista Vink Venegas
Melissa Smith
State Bar No. 24001351
**GILLAM &SMITH**
303 S. Washington Ave.
Marshall, Texas
Phone: (903) 934-8450
Melissa@gillamsmithlaw.com

Krista Leigh Vink Venegas
Morgan Lewis & Bockius - Chicago
77 W. Wacker Dr.
Sixth Floor
Chicago, IL 60601
312-324-1736
Fax: 312-324-1001
Email: Krista.Venegas@MorganLewis.com

*Counsel for Intervenor Defendant Bestway (USA), Inc.*

- 4 -

**CERTIFICATE OF SERVICE**

  I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 19th day of November, 2018, with a copy of this document via CM/ECF.

               /s/ Elizabeth L. DeRieux