# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00235-JRG |
| WALMART INC., ET AL., | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Team Worldwide Corporation ("Plaintiff") and Defendants/Intervenors Walmart Inc., Wal-Mart Stores Texas, LLC, Walmart.com USA LLC, and Sam's West, Inc. d/b/a Sam's Club, Intex Recreation Corp., Intex Trading Ltd., The Coleman Company, Inc., and Bestway (USA), Inc.'s (collectively, "Defendants") (together, "the Parties") Joint Motion to Dismiss with Prejudice (the "Motion") all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 459.) Having considered the Motion and being advised that the Parties have settled their respective claims for relief asserted in this litigation, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is hereby **ORDERED** that all claims and causes of action asserted by Plaintiff in this action against Defendants are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

It is further **ORDERED** that this Court retains jurisdiction to enforce the agreement executed by the Parties settling the above-captioned action.

**So ORDERED and SIGNED this 20th day of November, 2018.**

                                              RODNEY GILSTRAP
                                              UNITED STATES DISTRICT JUDGE